CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT - 4 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# United States District Court
### Western District of Virginia
### Abingdon Division

UNITED STATES OF AMERICA

v.                                                  **WAIVER OF PRELIMINARY**
                                                    **EXAMINATION OR HEARING**

ANDREA STICKEL

### Case No. 1:18MJ132

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

_____
Defendant's signature

Date: 10/4/2018

_____
Signature of Defense Counsel